**LEWIS AND ROCA LLP**
40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Robert H. McKirgan, State Bar No. 011636
  Direct Dial:  (602) 262-5396
  Direct Fax :  (602) 734-3874
  EMail:  RMcKirgan@LRLaw.com
Robert G. Schaffer, State Bar No. 017475
  Direct Dial:  (602) 262-0271
  Direct Fax :  (602) 734-3777
  EMail:  RScaffer@LRLaw.com
Brian J. Pollock, State Bar No. 019255
  Direct Dial:  (602) 262-5758
  Direct Fax:  (602) 734-3946
  EMail: BPollock@LRLaw.com
William G. Voit, State Bar No. 025808
  Direct Dial:  602 262-5725
  Direct Fax :  602-734-3937
  EMail:  WVoit@LRLaw.com

One South Church Avenue, Suite 700
Tucson, Arizona  85701-1611
Todd E. Hale, State Bar No. 015771
  Direct Dial:  (520) 629-4433
  EMail: THale@LRLaw.com

**HOHMANN, TAUBE & SUMMERS, LLP**
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 472-5997

Guy M. Hohmann (admitted *pro hac vice*)
  EMail:  guyh@hts-law.com
Joseph F. Brophy (admitted *pro hac vice*)
  Email:  joeb@hts-law.com
Ryan T. Shelton (admitted *pro hac vice*)
  Email:  ryans@hts-law.com

**GEORGE, BROTHERS, KINCAID & HORTON, LLP**
1100 Norwood Tower
114 West 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400

R. James George, Jr. (admitted *pro hac vice*)
  Email: rjgeorge@gbkh.com
Gary L. Lewis (admitted *pro hac vice*)
  Email: gllewis@gbkh.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Philip Bobbitt and John J. Sampson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>Milberg, LLP; Melvyn I. Weiss; Michael C. Spencer; Janine L. Pollack; Lee A. Weiss; Brian C. Kerr; Uitz & Associates; Ronald A. Uitz; The Lustigman Firm; Sheldon S. Lustigman; Andrew B. Lustigman; Gabroy, Rollman & Bosse, P.C.; John Gabroy and Ronald Lehman,<br><br>    Defendants. | No. CV09-629-TUC-FRZ<br><br>**PLAINTIFFS' RULE 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL** |

3327129.1

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Philip Bobbitt and John Sampson move to voluntarily dismiss with prejudice their individual claims against Defendants Milberg, LLP, Melvyn I. Weiss, Michael C. Spencer, Janine L. Pollack, Brian C. Kerr, Lee A. Weiss, Uitz & Associates, Ronald A. Uitz, The Lustigman Firm, Sheldon S. Lustigman, Andrew B. Lustigman, Gabroy, Rollman & Bosse, P.C., John Gabroy, and Ronald Lehman.

On September 18, 2012, this Court denied Plaintiffs' Motion for Class Certification, leaving Bobbitt and Sampson to prosecute their claims individually. Unfortunately, it is not economically feasible for Bobbitt and Sampson to litigate these claims individually because the expense of trying a securities fraud case-within-a-case outweighs the value of the individual claims. Thus, Plaintiffs request that the Court dismiss their individual claims with prejudice.

Because an answer has been filed, and because Defendants have declined to stipulate to a dismissal, Plaintiffs move for a voluntary dismissal under Rule 41(a)(2). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975-76 (9th Cir. 2001). The Ninth Circuit has held that "plain legal prejudice" means "prejudice to some legal interest, some legal claim, some legal argument"; for example, the loss of a federal forum, the right to a jury trial, or a statute-of-limitations defense. *Id.* at 976; *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996). In contrast, uncertainty because a dispute remains unresolved, the threat of future litigation, the inconvenience of having to defend in another forum or where a plaintiff would gain a tactical advantage by the dismissal, and the expense incurred in defending a lawsuit are not legal prejudice. *Smith*, 263 F.3d at 976; *Westlands*, 100 F.3d at 97.

Here, Defendants will not lose any legal interest, claim, or argument if the Court dismisses Plaintiffs' individual claims with prejudice. Indeed, since a dismissal with prejudice is a final adjudication on the merits of Bobbitt and Sampson's individual



1 claims, it can only benefit Defendants. *See SEC v. Am. Bd. of Trade, Inc.*, 750 F. Supp.
2 100, 105 (S.D.N.Y. 1990) ("Because the dismissal will be with prejudice, there can be no
3 adverse effect on defendants here.").

4     Thus, Plaintiffs respectfully request that the Court dismiss their individual claims
5 pursuant to Rule 41(a)(2). If the Court grants a dismissal, a member of the putative class
6 is prepared to seek intervention for the limited purpose of appealing the class-certification
7 denial.

8     A proposed order is attached for the Court's convenience.

9     RESPECTFULLY SUBMITTED this 1st day of March, 2013.

**LEWIS AND ROCA LLP**

By: /s/ Robert H. McKirgan

    Robert H. McKirgan
    Robert G. Schaffer
    Brian J. Pollock
    William G. Voit
40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
    Todd E. Hale
One South Church Avenue, Suite 700
Tucson, Arizona 85701-1611

**GEORGE, BROTHERS, KINCAID & HORTON, LLP**
    R. James George, Jr. (admitted *pro hac vice*)
    Gary L. Lewis (admitted *pro hac vice*)
1100 Norwood Tower
114 West 7th Street
Austin, Texas 78701

**HOHMANN, TAUBE & SUMMERS, LLP**
    Guy M. Hohmann (admitted *pro hac vice*)
    Joseph F. Brophy (admitted *pro hac vice*)
    Ryan T. Shelton (admitted *pro hac vice*)
100 Congress Avenue, 18th Floor
Austin, Texas 78701

*Attorneys for Plaintiffs*

3327129.1

**CERTIFICATE OF SERVICE**

I certify that on March 1, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gregory P. Joseph gjoseph@josephnyc.com
Douglas J. Pepe dpepe@josephnyc.com
Jeffrey H. Zaiger jzaiger@josephnyc.com
Honey L. Kober hkober@josephnyc.com
*Attorneys for Defendants Milberg LLP,*
*Melvyn I. Weiss, Michael C. Spencer,*
*Janine L. Pollack, Lee A. Weiss, and Brian C. Kerr*

Peter Akmajian pakmajian@udalllaw.com
Edward Moomjian II PCC emoomjian@udalllaw.com
Michele G. Thompson mthompson@udalllaw.com
*Attorneys for Defendants Milberg LLP,*
*Melvyn I. Weiss, Michael C. Spencer,*
*Janine L. Pollack, Lee A. Weiss, and Brian C. Kerr*

Kathleen Rogers krogers@sluteslaw.com
*Attorneys for Defendants Uitz & Associates and Ronald A. Uitz*

Steven G. Mesaros smesaros@rcdmlaw.com
John Anthony Klecan jklecan@rcdmlaw.com
Noel C. Capps ncapps@rcdmlaw.com
*Attorneys for Defendants*
*Gabroy, Rollman, & Bossé, P.C.,*
*John Gabroy, and Ronald Lehman*

Donald L. Myles, Jr. dmyles@jshfirm.com
Steven Douglas Leach sleach@jshfirm.com
Jason P. Kasting Jkasting@jshfirm.com
*Attorneys for Defendants The Lustigman Firm, P.C.,*
*Sheldon S. Lustigman and Andrew B. Lustigman*

s/ Debi Garrett

4

3327129.1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Philip Bobbitt and John J. Sampson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Milberg, LLP; Melvyn I. Weiss; Michael C. Spencer; Janine L. Pollack; Lee A. Weiss; Brian C. Kerr; Uitz & Associates; Ronald A. Uitz; The Lustigman Firm; Sheldon S. Lustigman; Andrew B. Lustigman; Gabroy, Rollman & Bosse, P.C.; John Gabroy and Ronald Lehman,<br><br>Defendants. | No. CV09-629-TUC-FRZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL** |

Pending before the Court is Plaintiffs Philip Bobbitt and John Sampson's Rule 41(a)(2) Motion for Voluntary Dismissal. For the reasons stated in the Motion, and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs' individual claims are dismissed with prejudice.

3327130.1