**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Lawrence A. Kasten (State Bar No. 020204)
lkasten@lewisroca.com
Nicholas S. Bauman (State Bar No. 032263)
nbauman@lewisroca.com
Allison L. Whitehill (State Bar No. 036339)
awhitehill@lewisroca.com
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: 602.262.5311

**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
Robert H. McKirgan (State Bar No. 011636)
rmckirgan@pswmfirm.com
16430 North Scottsdale Road, Suite 290
Scottsdale, AZ 85254
Telephone: 480.800.3533

**HOHMANN LAW FIRM**
Guy M. Hohmann (*pro hac vice*)
guyh@hohmannlaw.com
114 West 7th Street, Suite 1100
Austin, TX 78701
Telephone: 512.495.1438

**BROPHY & DEVANEY, PLLC**
Joseph F. Brophy (*pro hac vice*)
joe@bdlawpllc.com
Haley Devaney (*pro hac vice*)
haley@dblawpllc.com
Marianne Barth (*pro hac vice*)
marianne@bdlawpllc.com
317 Grace Lane, Suite 210
Austin, TX 78746
Telephone: 512.596.3622

**GEORGE, BROTHERS, KINCAID & HORTON, LLP**
D. Douglas Brothers (*pro hac vice*)
dbrothers@gbkh.com
114 West 7th Street, Suite 1100
Austin, TX 78701
Telephone: 512.495.1400

**EDMUNDSON SHELTON WEISS PLLC**
Ryan T. Shelton (*pro hac vice*)
ryan@eswpllc.com
317 Grace Lane, Suite 210
Austin, TX 78746
Telephone: 512.596.3622

*Attorneys for Plaintiffs Philip Bobbitt and Lance Laber*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Philip Bobbitt and Lance Laber, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Milberg, LLP; Melvyn I. Weiss; Michael C. Spencer; Janine L. Pollack; Lee A. Weiss; Brian C. Kerr; Uitz & Associates; Ronald A. Uitz; The Lustigman Firm; Sheldon S. Lustigman; and Andrew B. Lustigman,<br><br>Defendants. | No. CV-09-00629-TUC-RCC<br><br>**UNOPPOSED MOTION FOR SUPPLEMENTAL ORDER WITH RESPECT TO PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

On April 11, 2023, the Court entered an order preliminarily approving the class settlement in this action ("Preliminary Approval Order"). (Dkt. # 405.) After consultation with the Settlement Administrator, Plaintiffs respectfully request entry of a supplemental order as to two points.

1.  In paragraph 6 of the Preliminary Approval Order, the Court ordered publication of a Summary Notice in the *Investor's Business Daily* within 10 days. (Dkt. # 405 ¶6.) The staff at *Investor's Business Daily* has now informed the Settlement Administrator that their next available publication date for the Summary Notice is April 24, 2023, which is 13 calendar days after entry of the Court's

Preliminary Approval Order.  Accordingly, Plaintiffs respectfully request that time period be extended by three days to accommodate the publication's schedule.

2. The Court's Preliminary Approval Order approved a Summary Notice, Claim Form, and Class Notice as proposed and submitted by Plaintiffs.  (*See* Dkt. # 405 ¶¶ 4-6.)  Since entry of the Court's Preliminary Approval Order, the parties have been working with the Settlement Administrator to generate final versions of these documents.  These new versions, as prepared by the Settlement Administrator for purposes of the notice campaign, fill in relevant dates established by the Court's Preliminary Approval Order.  They also include certain non-substantive formatting and layout changes and error corrections to these documents.  The new versions are attached hereto as Exhibit A (Summary Notice), Exhibit B (Claim Form), and Exhibit C (Class Notice).  Plaintiffs respectfully request that the Court approve these notices as revised.

In addition, to ensure that future non-substantive changes that the Settlement Administrator anticipates potentially needing to make from time to time are possible without requiring the Court's intervention each time, Plaintiffs request that the Court authorize non-substantive changes recommended by the Settlement Administrator to be made, if counsel for all parties agree.

A proposed order has been submitted herewith.  Defendants have authorized undersigned counsel to represent to the Court that Defendants do not oppose the relief requested in this Motion.

RESPECTFULLY SUBMITTED this 14th day of April, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/Lawrence A. Kasten*
Lawrence A. Kasten
Nicholas S. Bauman
Allison L. Whitehill
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
*Attorneys for Plaintiffs Philip Bobbitt and Lance Laber*

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Douglas J. Pepe – dpepe@cohengresser.com

Alexandra K. Theobald – atheobald@cohengresser.com

Benjamin Zhu – bzhu@cohengresser.com

Gila S. Singer – gsinger@jha.com

Gregory P. Joseph – gjoseph@jha.com

Honey L. Kober – hkober@jha.com

Michele G. Thompson – mthompson@udalllaw.com

Kathleen M. Rogers – krogers@sluteslaw.com

Donald L. Myles, Jr. – dmyles@jshfirm.com

J. Gary Linder – glinder@jshfirm.com

Steven D. Leach – sleach@jshfirm.com

Robert H. McKirgan – rmckirgan@pswfirm.com

Guy M. Hohmann – guyh@hohmannlaw.com

Joseph F. Brophy – joe@bdlawpllc.com

Ryan T. Shelton – ryan@eswpllc.com

D. Douglas Brothers – dbrothers@gbkh.com

By: _s/Ashly White_